Date signed March 10, 2008



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| In Re:<br><br>**Epic Design & Construction Company, Inc.,**<br><br>Debtor. | Case No. 05-26489PM<br>**Chapter 11** |
|---|---|

### MEMORANDUM TO DEBTOR

Upon review of the Chapter 11 Final Report and Motion for Final Decree, and the court having a question about the disposition of the $12,016,115.20 disclosed as being distributed by the estate, it is requested that the Debtor file with the court a statement of the distributions made within 30 days of the issuance of this Memorandum.

cc:   Epic Design & Construction Company, Inc.
    1078 Taft Street
    Rockville, MD 20850

    Alan S. Kerxton
    25 W. Middle Ln.
    Rockville, MD 20850

    Jill D. Caravaggio
    200-A Monroe Street
    Suite 115
    Rockville, MD 20850

    US Trustee
    6305 Ivy Lane
    Suite 600
    Greenbelt, MD 20770

**End of Memorandum**